1

2  UNITED STATES DISTRICT COURT

3  EASTERN DISTRICT OF WASHINGTON

4
5  UNITED STATES OF AMERICA,        )
                                    )  No.  CR-13-0048-3-JLQ
6               Plaintiff,          )
                                    )
7          vs.                      )  **ORDER OF DISMISSAL**
                                    )  **WITHOUT PREJUDICE**
8                                   )
9  RACHEL KAY GASHO,                )
                                    )
10              Defendant.          )
   _____)

11

12  **IT IS HEREBY ORDERED:**

13      The Government's Motion to Expedite (**ECF No. 36**) and Motion for Order of

14  Dismissal Without Prejudice (**ECF No. 35**) pursuant to Fed.R.Crim.P. 48(a) are

15  **GRANTED**.  Leave of court is granted for the foregoing dismissal of the Indictment

16  against Rachel Kay Gasho (ECF No. 19).  The court makes no judgment as to the merit

17  or wisdom of this dismissal.

18      The District Court Executive is directed to enter this Order, enter a Judgment of

19  Dismissal of the Indictment as to the claims therein asserted against Rachel Kay Gasho

20  without prejudice, and  provide copies to counsel.

21      DATED this 1st day of April, 2013.

22                          s/ Justin L. Quackenbush
                         JUSTIN L. QUACKENBUSH
23                   SENIOR UNITED STATES DISTRICT JUDGE

24

25

26

27

28

ORDER - 1